# IN THE SUPREME COURT OF THE STATE OF NEVADA

CARL DEAN EDWARDS,
Appellant,
vs.
THE STATE OF NEVADA; AND THE
STATE OF NEVADA DEPARTMENT
OF CORRECTIONS,
Respondents.

No. 70531

**FILED**

JUL 2 8 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on June 9, 2016, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Marie K Linden_

cc:  Hon. Kimberly A. Wanker, District Judge
Carl Dean Edwards
Attorney General/Carson City
Nye County District Attorney
Nye County Clerk

16-23538